FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 27 2015

JAMES N. HATTEN, CLERK
By: Deputy Clerk

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ANDROGEL ANTITRUST LITIGATION
(NO. II)

MDL No. 2084

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −3)

On October 5, 2009, the Panel transferred 2 civil action(s) to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 655 F.Supp.2d 1351 (J.P.M.L. 2009). Since that time, 2 additional action(s) have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Thomas W Thrash, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Thrash.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of October 5, 2009, and, with the consent of that court, assigned to the Honorable Thomas W Thrash, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

May 27, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

ATTEST: A TRUE COPY
CERTIFIED THIS
MAY 27 2015
James N. Hatten, Clerk
By: Deputy Clerk

IN RE: ANDROGEL ANTITRUST LITIGATION
(NO. II)                                                                               MDL No. 2084

## SCHEDULE CTO-3 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| PENNSYLVANIA WESTERN | | | |
| PAW | 2 | 15-00605 | GIANT EAGLE, INC. v. SOLVAY PHARMACEUTICALS, INC. et al |